**Henry LAGMAY, Petitioner-Appellant,**

v.

**Shelley NOBRIGA, Respondent-Appellee.**

**No. 15-17068**

United States Court of Appeals, Ninth Circuit.

Submitted December 14, 2016 *

Filed December 22, 2016

Henry Lagmay, Pro Se

---

*See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Before: WALLACE, LEAVY, and FISHER, Circuit Judges.

MEMORANDUM **

Henry Lagmay, a Hawaii state prisoner, appeals pro se from the district court's judgment dismissing for failure to comply with court orders his 42 U.S.C. §§ 1983 and 1985 action alleging various constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992), and we affirm.

Lagmay did not present any arguments in his opening brief suggesting that the district court abused its discretion. Thus, Lagmay abandoned the appeal of the district court's judgments dismissing his action and denying his motion for reconsideration. *See Collins v. City of San Diego*, 841 F.2d 337, 339 (9th Cir. 1988) ("It is well established in this Circuit that claims which are not addressed in the appellant's brief are deemed abandoned.").

Lagmay's pending motions are denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).